**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN J. SARSFIELD,

    Plaintiff,

v.

COUNTY OF SAN BENITO

    Defendant.
_____/

No. C-07-02528-EDL

NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on May 11, 2007. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Elizabeth D. Laporte to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by all parties before Magistrate Judge Laporte can consider the merits of the case or any substantive motion filed by any party.

Defendant County of San Benito has filed a Motion to Dismiss, which has been noticed for hearing on August 28, 2007 at 9:00 a.m. Accordingly, the parties are instructed to sign and return one of the enclosed forms no later than **August 3, 2007**, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter or request reassignment to a District Court Judge.

Dated: July 20, 2007

Richard W. Wieking, Clerk

_____
By: Lili M. Harrell, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN J. SARSFIELD,  
    Plaintiff,  
    v.  
COUNTY OF SAN BENITO, et al.,  
    Defendants.  
_____/

No. C07-02528 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____       _____  
                                                                                          Signature

                                                                                          Counsel for _____  
                                                                                         (Name or party or indicate "pro se")

*United States District Court*  
*For the Northern District of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. SARSFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BENITO, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-02528 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____    _____
                                                    Signature

                                                    Counsel for _____
                                                    (Name or party or indicate "pro se")