**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    JOHN J SARSFIELD,
            Plaintiff,                          No. C-07-02528 EDL
8
9        v.                                     NOTICE OF IMPENDING
                                                REASSIGNMENT TO A UNITED
                                                STATES DISTRICT COURT JUDGE
10
11   COUNTY OF SAN BENITO,
            Defendant.
12   _____/
13          The Clerk of this Court will now randomly reassign this case to a United States District Judge

14   because either:

15   **XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge

16   or has not consented to the jurisdiction of a United States Magistrate Judge, or

17          (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary

18   restraining order) that a United States Magistrate Judge may not take without the consent of all parties,

19   the necessary consents have not been secured, and time is of the essence.

20          The Case Management Conference previously scheduled for August 14, 2007, at 10:00 a.m. and

21   the Motion Hearing set for August 28, 2007 at 9:00 a.m. on Magistrate Judge Laporte's calendar will

22   NOT be held.

23   Dated:  August 9, 2007

24                                              Richard W. Wieking, Clerk
                                                United States District Court
25
26                                              By: Lili M. Harrell
                                                Deputy Clerk
27
28