**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  JOHN J SARSFIELD,                              No. C 07-02528 CRB
12          Plaintiff,                             **Clerk's Notice**
13      v.
14  COUNTY OF SAN BENITO,
15          Defendant.
                                          /
16
17  YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for
18  Friday, August 24, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.
19  Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
20  San Francisco, CA  94102.
21
22  Dated: August 22, 2007                         FOR THE COURT,

                                                   Richard W. Wieking, Clerk
23
24                                                 By:_____
                                                      Barbara Espinoza
25                                                    Courtroom Deputy
26
27
28