**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 24, 2007**

**C-07-02528 CRB**

**JOHN J SARSFIELD** v. **COUNTY OF SAN BENITO**

Attorneys:     Terance Mayo                    Daniel McKinnon

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  N/A

**PROCEEDINGS:**                                                                                **RULING:**

1.  Initial Case Management Conference    -    Held

2.  D's Motion for Intra District Transfer                                                  Granted

3. 

**ORDERED AFTER HEARING:**

 The Court grants the defendants motion for Intra-District transfer in open court.

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____
         (  )By Court        (  )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO _____         for _____

Discovery Cut-Off _____                      Expert Discovery Cut-Off _____

Plntf to Name Experts by _____         Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____