1   STEPHAN A. BARBER (SBN 70070)
    DANIEL P. MCKINNON (SBN 234749)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    80 North First Street
3   San Jose, CA 95113
    Telephone:    (408) 287-6262
4   Facsimile:    (408) 918-4501
    Email:        sbarber@ropers.com
5   Email:        dmckinnon@ropers.com

6   Attorneys for Defendant
    COUNTY OF SAN BENITO

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION

10

11                                    CASE NO. C-07-2528 CRB

12  JOHN J. SARSFIELD
                                      [PROPOSED] ORDER GRANTING
                                      DEFENDANT'S MOTION FOR INTRA-
            Plaintiff,                DISTRICT TRANSFER
13
        v.
14
                                      Date:      October 5, 2007
15  COUNTY OF SAN BENITO, JAIME DE     Time:      10:00 a.m.
    LA CRUZ, in his official capacity, REB    Courtroom: 8
16  MONACO, in his official capacity,  Judge:     Hon. Charles R. Breyer
    ANTHONY BOTELHO, in his official
    capacity, DON MARCUS, in his official
17  capacity, and DOES 1 through 10,
    inclusive,
18
            Defendants.
19

20

21          GOOD CAUSE APPEARING THEREFORE,

22          IT IS HEREBY ORDERED that Defendant's Motion for Intra-District Transfer is

23  GRANTED. Case No. C-07-2528 CRB shall be transferred to the San Jose Division of the

24  Northern District of California for all further proceedings.

25
    Dated: __Aug. 24__, 2007
26
                                      _____
27                                    Hon. Charles
                                      United

28                                              IT IS SO ORDERED
                                   - 1 -        Judge Charles R. Breyer
                                                            No. C-07-2528 CRB

                             [PROPOSED] ORDER

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose