UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, October 19, 2007
**Case Number:** CV-07-2528-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:  JOHN SARSFIELD  V.  COUNTY OF SAN BENITO, ET AL

PLAINTIFF                                           DEFENDANT

Attorneys Present: Terence Mayo          Attorneys Present: Stephen Barber

PROCEEDINGS:
Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.  The case is set for case management conference on 11/30/07 at 10:30 a.m.