**E-filed 2/25/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

JOHN SARSFIELD,

    Plaintiff,

  v.

COUNTY OF SAN BENITO, et al.,

    Defendant.

_____

No. C-07-2528-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Motion to Dismiss and the Case Management Conference currently scheduled for March 7, 2008. The new hearing date is Friday, March 14, 2008 at 9:00 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 2/25/08

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy