UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, March 14, 2008
**Case Number:** CV-07-2528-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:         JOHN SARSFIELD  V.  COUNTY OF SAN BENITO, ET AL

                PLAINTIFF                                    DEFENDANT


Attorneys Present: Terence Mayo            Attorneys Present: Stephan Barber for County

PROCEEDINGS:
    Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.  The case management conference is continued to 6/27/08 at 10:30 a.m.