TERENCE O. MAYO, SBN #62035
MAYO & MAYO
114 SANSOME STREET, SUITE 825
SAN FRANCISCO, CA 94104
TELEPHONE: 415-397-1515

Attorneys for Plaintiff
JOHN SARSFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SARSFIELD, <br><br> Plaintiff, <br><br> v. <br><br> County of San Benito, <br> Jaime De La Cruz, in his official capacity <br> Reb Monaco, in his official capacity <br> Anthony Botelho, in his official capacity <br> Don Marcus, in his official capacity <br> and Does 1 through 10, inclusive, <br><br> Defendants. | CASE NO. C 07-2528 JF <br><br> **STIPULATION AND ORDER RE APPOINTMENT OF ANNE LAWLOR GOYETTE AS ENE MEDIATOR** |

JOHN SARSFIELD, Plaintiff in the above-entitled action, through his attorneys, Mayo & Mayo and Terence O. Mayo, and COUNTY of SAN BENITO, JAIME DE LA CRUZ, in his official capacity, REB MONACO, in his official capacity, ANTHONY BOTELHO, in his official capacity, and DON MARCUS, in his official capacity, Defendants in the above-entitled action, through their attorneys, Ropers Majeski Kohn Bentley, and Stephan A. Barber, hereby stipulate that Anne Lawlor Goyette shall be, and hereby is, appointed as the

1

1  neutral evaluator and mediator for the above-entitled action under the ENE program for the
2  above-entitled Court.
3  IT IS SO STIPULATED.
4  Dated: November 17, 2008

MAYO & MAYO
Attorneys for Plaintiff
JOHN SARSFIELD

By: _____
Terence O. Mayo

Dated: November 18, 2008

Ropers Majeski Kohn Bentley
Attorneys for Defendants
COUNTY of SAN BENITO,
JAIME DE LA CRUZ, in his
official capacity, REB
MONACO, in his official
capacity, ANTHONY
BOTELHO, in his official
capacity, and DON MARCUS,
in his official capacity

By: _____
Stephan A. Barber

IT IS SO ORDERED.

Dated: November 20, 2008

_____
The Honorable Jeremy Fogel,
United States District Judge