STEPHAN A. BARBER (SBN 70070)
DANIEL P. MCKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501
Email:  sbarber@ropers.com
Email:  dmckinnon@ropers.com

**E-Filed 12/10/08**

Attorneys for Defendant
COUNTY OF SAN BENITO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN J. SARSFIELD

    Plaintiff,

v.

COUNTY OF SAN BENITO, JAIME DE LA CRUZ, in his official capacity, REB MONACO, in his official capacity, ANTHONY BOTELHO, in his official capacity, DON MARCUS, in his official capacity, and DOES 1 through 10, inclusive,

    Defendants.

CASE NO. C-07-2528 JF

**STIPULATION AND [PROPOSED] ORDER FOR REQUEST FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL [Civ. L.R. 6-2]**

IT IS HEREBY STIPULATED by Plaintiff JOHN J. SARSFIELD and Defendants COUNTY OF SAN BENITO, JAIME DE LA CRUZ, REB MONACO, ANTHONY BOTELHO, and DON MARCUS, (hereinafter collectively "Parties"), by and through their respective attorneys of record, for an Order Shortening Time for hearing on Defendants Motion to Modify Scheduling Order and Continue Trial.

THE PARTIES HAVE FURTHER STIPULATED that the prior stipulation filed herein on November 21, 2008 is WITHRDRAWN. The Parties stipulate to the following revised hearing and briefing schedule for Defendants' Motion to Modify Scheduling Order and Continue

| | |
|---|---|
| 1 | Trial. Defendants' Motion will be heard on December 19, 2008 at ~~10:00~~ 9:00 a.m. before the |
| 2 | Honorable Jeremy Fogel. Defendants filed and served their moving papers on December 5, 2008. |
| 3 | Any opposition from Plaintiff will be filed and served by December 15, 2008. Defendants will |
| 4 | not be filing a reply to Plaintiff's opposition, if any. |

Dated: December 9, 2008                ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
STEPHAN A. BARBER
DANIEL P. MCKINNON
Attorneys for Defendants
COUNTY OF SAN BENITO


Dated: December 9, 2008                MAYO & MAYO

By: _____
TERRENCE O. MAYO
Attorneys for Plaintiff
JOHN J. SARSFIELD


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/10/08

_____
Honorable Jeremy Fogel
United States District Judge