STEPHAN A. BARBER (SBN 70070)
DANIEL P. MCKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501
Email:        sbarber@ropers.com
Email:        dmckinnon@ropers.com

Attorneys for Defendant
COUNTY OF SAN BENITO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHN J. SARSFIELD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BENITO, JAIME DE LA CRUZ, in his official capacity, REB MONACO, in his official capacity, ANTHONY BOTELHO, in his official capacity, DON MARCUS, in his official capacity, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. C-07-2528 JF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REQUEST FOR AN ORDER SHORTENING TIME FOR HEARING ON DEFENDANTS' DISCOVERY MOTIONS** [Civ. L.R. 6-2] |

IT IS HEREBY STIPULATED by Plaintiff JOHN J. SARSFIELD and Defendants COUNTY OF SAN BENITO, JAIME DE LA CRUZ, REB MONACO, ANTHONY BOTELHO, and DON MARCUS, (hereinafter collectively "Parties"), by and through their respective attorneys of record, for an Order Shortening Time for hearing on the following discovery motions:

(1) Defendants' Motion to Compel Plaintiff John Sarsfield to Answer Questions at Deposition;

(2) Defendants' Motion to Compel Non-Party Witness Brian Conroy to Appear at

1  Deposition and Produce Documents, or alternatively, for Issuance of a Contempt Citation.

2  THE PARTIES HAVE FURTHER STIPULATED that the prior stipulation filed herein
3  on November 21, 2008 is WITHRDRAWN.  The Parties stipulate to the following revised
4  hearing and briefing schedule for Defendants' Discovery Motions.  Defendants' Motions will be
5  heard on January 6, 2009 at 10:00 a.m. before the Honorable Magistrate Patricia V. Trumbull.
6  Defendants will file and serve their moving papers on December 8, 2008.  Any opposition from
7  Plaintiff or non-party witness Brian Conroy will be filed and served by December 22, 2008.
8  Defendants reply, if any, will be filed and served on December 30, 2008.

9  Dated: December 9, 2008            ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Stephan A. Barber
STEPHAN A. BARBER
DANIEL P. MCKINNON
Attorneys for Defendants
COUNTY OF SAN BENITO

15 Dated: December 9, 2008            MAYO & MAYO

By: /s/ Terrence O. Mayo
TERRENCE O. MAYO
Attorneys for Plaintiff
JOHN J. SARSFIELD

20 PURSUANT TO STIPULATION, IT IS SO ORDERED:

22 Dated: 12/12/08

/s/ Patricia V. Trumbull
Honorable Patricia V. Trumbull
United States Magistrate Judge