1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12   JOHN J. SARSFIELD,                 )        Case No.: C 07-2528 JF (PVT)
                                         )
13                    Plaintiff,         )        **ORDER TO NON-PARTY BRIAN**
                                         )        **CONROY TO SHOW CAUSE WHY HE**
14        v.                             )        **SHOULD NOT BE COMPELLED TO**
                                         )        **APPEAR FOR DEPOSITION**
15   COUNTY OF SAN BENITO, et al.,       )
                                         )
16                    Defendants.        )
     _____)

17

18        On December 9, 2008, Defendants filed a Motion to Compel Brian Conroy to Appear for

19   Deposition, along with a stipulation and proposed order to shorten time for hearing the motion.[1]  On

20   December 12, 2008 the court signed off on the stipulation and order to shorten time.  It has come to

21   the court's attention that non-party Brian Conroy was not a signatory to that stipulated request, and

22   there is no indication in the record that he was ever served with a copy of it.  To date, non-party

23   Brian Conroy has not filed any opposition to the motion.  Based on the file herein,

24        IT IS HEREBY ORDERED that the hearing of this motion scheduled for January 6, 2009 is

25   VACATED.

26        IT IS FURTHER ORDERED that, no later than January 20, 2008, non-party Brian Conroy

27

28        _____

          [1]        The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

                              ORDER, *page 1*

1  shall serve (by mail) and file with this court a declaration showing cause, if any, why he should not

2  be compelled to appear for deposition.

3        IT IS FURTHER ORDERED that, absent further order of the court, after receipt of non-party

4  Conroy's response to this order, the court will take Defendants' motion under submission without

5  further briefing or oral argument.

6  Dated: *1/5/09*

7

8        PATRICIA V. TRUMBULL
       United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4    copies mailed on _1/5/09_   to:

5    Brian V. Conroy
     631 Donald Drive
6    Hollister, CA 95023

7
                                        _/s/ Donna Kirchner_      _for_
8                                       CORINNE LEW
                                        Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28