STEPHAN A. BARBER (SBN 70070)
DANIEL P. MCKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone:  (408) 287-6262
Facsimile:   (408) 918-4501
Email:   sbarber@ropers.com
Email:   dmckinnon@ropers.com

Attorneys for Defendants

**E-Filed 2/2/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHN J. SARSFIELD<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BENITO, JAIME DE LA CRUZ, in his official capacity, REB MONACO, in his official capacity, ANTHONY BOTELHO, in his official capacity, DON MARCUS, in his official capacity, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C-07-2528 JF<br><br>**STIPULATION AND ORDER MODIFYING CASE MANAGEMENT SCHEDULE AND SETTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR HEARING** |

It is hereby stipulated between Plaintiff JOHN J. SARSFIELD, by and through his attorney, Terence O. Mayo, and Defendants COUNTY OF SAN BENITO, JAIME DE LA CRUZ, REB MONACO, ANTHONY BOTELHO, and DON MARCUS, by and through their attorney, Stephan A. Barber, as follows:

1. The Case Management Schedule herein is modified to the extent that Defendants' Motion for Summary Judgment is scheduled for hearing on April 16, 2010, at 9:00 a.m. unless changed by the Court; and

///

///

RC1/5484765.1/BL1                                    - 1 -                                    CASE NO. C-07-2528 JF
STIPULATION AND ORDER MODIFYING CASE MANAGEMENT SCHEDULE

2. Said April 16, 2010 hearing date has been selected for the convenience of the Court and counsel for the parties.

Dated: January 27, 2010

MAYO & MAYO

By: _____
TERENCE O. MAYO
Attorneys for Plaintiff

Dated: January 29, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
STEPHAN A. BARBER
Attorneys for Defendants

## ORDER OF THE COURT

The above stipulation of the parties is accepted. The Case Management Order herein is modified to the extent that Defendants' Motion for Summary Judgment is scheduled for hearing on April 16, 2010 at 9:00 a.m., in Courtroom 3, 5th Floor.

Dated: 2/2/2010

_____
HONORABLE JEREMY FOGEL
Judge, United States District Court