IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOHN J. SARSFIELD<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BENITO, JAIME DE LA CRUZ, in his official capacity, REB MONACO, in his official capacity, ANTHONY BOTELHO, in his official capacity, DON MARCUS, in his official capacity, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C-07-2528 JF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

This Stipulation and Order of Dismissal is entered into between Plaintiff JOHN J. SARSFIELD, by and through his attorney, Terence O. Mayo of the law firm of Mayo & Mayo, and Defendants COUNTY OF SAN BENITO, JAIME DE LA CRUZ, REB MONACO, ANTHONY BOTELHO, and DON MARCUS, by and through their attorney, Stephan A. Barber of the law firm of Ropers, Majeski, Kohn & Bentley, as follows:

1. Plaintiff's Complaint is dismissed with prejudice;
2. Plaintiff and Defendants each bear his/its own attorney's fees and costs incurred to prosecute or defend this action;

///

3. Defendants withdraw with prejudice their pending motion for an award of attorney's fees.

Dated: November 3, 2010              MAYO & MAYO

                                     By: _____
                                     TERENCE O. MAYO
                                     Attorneys for Plaintiff

Dated: November 3, 2010              ROPERS, MAJESKI, KOHN & BENTLEY

                                     By: _____
                                     STEPHAN A. BARBER
                                     Attorneys for Defendants

## ORDER OF THE COURT

The Court accepts the above stipulation of counsel for Plaintiff and Defendants. Defendants' pending motion for an award of attorney's fees is taken off calendar as moot.

Plaintiff's Complaint is dismissed with prejudice. Each party will bear his/its own attorney's fees and costs.

Dated: 11/5/10                       _____
                                     HONORABLE JEREMY FOGEL
                                     Judge, United States District Court